```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PATRICK AUSTIN,                                   25-cv-1519 (JGK)

               Plaintiff,                ORDER

     - against -

SOFIA WINE BAR INC., ET AL.,

               Defendants.

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendants to answer was April 7, 2025. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended to **May 8, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff should serve a copy of this Order on each of the defendants and file proof of service on the docket by **April 18, 2025**.

**SO ORDERED.**

Dated:    New York, New York
           April 10, 2025

                                         John G. Koeltl
                               United States District Judge