```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PATRICK AUSTIN, | 25-cv-1519 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| SOFIA WINE BAR INC., ET AL., | |
| Defendants. | |

**JOHN G. KOELTL, District Judge:**

On April 10, 2025, this Court extended the time to answer or respond to the complaint to May 8, 2025. ECF No. 9. To date, no answer or response has been filed.

Accordingly, the time for the defendants to answer or respond to the complaint is extended to **May 27, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff should serve a copy of this Order on each of the defendants and file proof of service on the docket.

**SO ORDERED.**

Dated:   New York, New York
         May 12, 2025

/s/ John G. Koeltl
John G. Koeltl
United States District Judge