UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK AUSTIN,                              25-cv-1519 (JGK)

           Plaintiff,          ORDER

- against -

SOFIA WINE BAR INC., ET AL.,

           Defendants.

---

**JOHN G. KOELTL**, District Judge:

On May 12, 2025, this Court extended the time to answer or respond to the complaint to May 27, 2025. ECF No. 11. To date, no answer or response has been filed.

Accordingly, the time for the defendants to answer or respond to the complaint is extended to **June 23, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff should serve a copy of this Order on each of the defendants and file proof of service on the docket by **June 13, 2025**.

**SO ORDERED.**

Dated:    New York, New York
          June 9, 2025

                                              John G. Koeltl
                                     United States District Judge