UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK AUSTIN,

                Plaintiff,

   - against -

SOFIA WINE BAR INC., ET AL.,

                Defendants.

25-cv-1519 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The original time for the defendants in this action to answer was April 7, 2025. On April 10, 2025, and then again on May 12, 2025, and on June 9, 2025, this Court extended the time for the defendants to answer or respond to the complaint. ECF Nos. 9, 11-12. Pursuant to the April 10, 2025 Order and the June 9, 2025 Order, the plaintiff has filed proof that two of the Orders extending the time to answer were mailed to the defendants. See ECF Nos. 10, 13. To date, no answers have been filed. Accordingly, the plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with the Local Rules and this Court's Individual Practices by **July 23, 2025.**

SO ORDERED.

Dated:    New York, New York
            June 25, 2025

                                            John G. Koeltl
                                      United States District Judge