UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK AUSTIN,

     Plaintiff(s)

                     25 civ 1519 (JGK)

  -against-

SOFIA WINE BAR INC., et al.,

     Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, July 8, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

                 _____
                    **JOHN G. KOELTL**
                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
   July 2, 2025